MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5232
Facsimile: (213) 977-5297

*Attorneys for Plaintiffs-Petitioners*

*Additional Counsel listed on following page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a class similarly-situated individuals,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>JEFF SESSIONS, U.S., Attorney General, et al.,<br><br>Defendants-Respondents. | CIVIL ACTION NO. 5:16-00620-JGB-KK<br><br>**DISCOVERY MATTER**<br><br>**(1) PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL CERTAIN RESPONSES TO PLAINTIFFS' FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES;**<br><br>*Filed Under Separate Cover*<br><br>**(2) JOINT STIPULATION (WITH NO RESPONSE FROM DEFENDANTS PROVIDED); and**<br><br>**(3) DECLARATION OF DOUGLAS A. SMITH**<br><br>Date:  December 7, 2017<br>Time:  10:00 a.m.<br>Judge: The Honorable Kenly Kiya Kato<br><br>Discovery Cutoff Date:  April 27, 2018<br>Pretrial Conference Date:  August 13, 2018<br>Trial Date:  August 28, 2018 |

PLAINTIFFS' NOTICE OF MOTION TO COMPEL

MICHAEL TAN (*pro hac vice*)
mtan@aclu.org
JUDY RABINOVITZ (*pro hac vice*)
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

STEPHEN KANG (SBN 292280)
skang@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

MATTHEW SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
DOUGLAS A. SMITH (SBN 290598)
Douglas.Smith@skadden.com
MATTHEW E. DELGADO (SBN 306999)
Matthew.Delgado@skadden.com
MICHAEL D. HIDALGO (SBN 309792)
Michael.Hidalgo@skadden.com
JOHN C. KOREVEC (SBN 310157)
John.Korevec@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Plaintiffs-Petitioners*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on December 7, 2017, at 10:00 a.m. PT, or as soon thereafter as the matter may be heard, in Courtroom 3 or 4 of the above-referenced Court, located at 3470 Twelfth Street, Riverside, CA 92501, Plaintiffs Xochitl Hernandez and Cesar Matias, for themselves and on behalf of a certified class of similarly situated individuals ("Plaintiffs"), will move for an order compelling certain responses to Plaintiffs' First Sets of Requests for Production and Interrogatories.

    Pursuant to Local Rule 37-2.2, Plaintiffs' counsel served its portion of the joint stipulation on counsel for Defendants on October 26, 2017. Defendants' counsel did not return Defendants' portion of the joint stipulation by the parties' agreed upon deadline of November 8, 2017, which provided nearly double the amount of time Defendants would otherwise have had under Local Rule 37-2.2 to serve their portion of the joint stipulation on Plaintiffs. Accordingly, Plaintiffs are filing the joint stipulation signed only by counsel for Plaintiffs and without any response from Defendants or the signature of Defendants' counsel. In connection with this Motion, Plaintiffs have filed a declaration meeting the requirements of Local Rule 37-2.4 pertaining to the "Failure to File Joint Stipulation."

    The motion is based on this Notice of Motion, the Declaration of Douglas A. Smith in Support of Plaintiff's Motion to Compel and corresponding exhibits, the Joint Stipulation with no response from Defendants provided, all the pleadings and papers filed in this action, and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on the motion.

1  DATED: November 9, 2017

2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4  By: _____/s/ Douglas A. Smith_____
5  Douglas A. Smith

6  Attorney for Plaintiffs Hernandez and Matias, and a certified class of similarly situated individuals