| | |
|---|---|
| 1 | MICHAEL KAUFMAN (SBN 254575) |
| 2 | mkaufman@aclu-sc.org<br>AHILAN T. ARULANANTHAM (SBN 237841) |
| 3 | aarulanantham@aclu-sc.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| 4 | 1313 West 8th Street<br>Los Angeles, CA  90017 |
| 5 | Telephone: (213) 977-5232<br>Facsimile: (213) 977-5297 |
| 6 | *Attorneys for Plaintiffs-Petitioners* |
| 7 | (Additional Counsel listed on following page) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a class of similarly-situated individuals,<br><br>          Plaintiffs-Petitioners,<br><br>     v.<br><br>JEFF SESSIONS, U.S. Attorney General, et al.,<br><br>          Defendants-Respondents. | Case No. 5:16-00620-JGB-KK<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL CERTAIN RESPONSES TO PLAINTIFFS' FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES**<br><br>Date: December 7, 2017<br>Time: 10:00 a.m.<br>Judge: The Honorable Kenly Kiya Kato<br><br>Discovery Cutoff Date:  Apr. 27, 2018<br>Pretrial Conf. Date:        Aug. 13, 2018<br>Trial Date:                        Aug. 28, 2018 |

MICHAEL TAN (*pro hac vice*)
mtan@aclu.org
JUDY RABINOVITZ (*pro hac vice*)
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

STEPHEN KANG (SBN 292280)
skang@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 343-0783
Facsimile:  (415) 395-0950

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
DOUGLAS A. SMITH (SBN 290598)
Douglas.Smith@skadden.com
MATTHEW E. DELGADO (SBN 306999)
Matthew.Delgado@skadden.com
MICHAEL D. HIDALGO (SBN 309792)
Michael.Hidalgo@skadden.com
JOHN C. KOREVEC (SBN 310157)
John.Korevec@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Plaintiffs-Petitioners*

## PROPOSED ORDER

The Court has considered the parties' briefing, evidence, and arguments as well as the authorities cited in support of their positions. Upon due consideration, the Court hereby **GRANTS** Plaintiffs' Motion to Compel and **ORDERS** Defendants to provide complete responses to, and produce all relevant documents requested in: (1) Plaintiffs' First Set of Requests for Production of Documents to Defendant Department of Homeland Security; (2) Plaintiffs' First Set of Requests for Production of Documents to Defendant Department of Justice; (3) Plaintiffs' First Set of Interrogatories to Defendant Department of Homeland Security; and (4) Plaintiffs' First Set of Interrogatories to Defendant U.S. Department of Justice, without any objections, no later than December ____, 2017.

DATED: _____, 2017   _____
THE HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT COURT