# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>JEFFERSON SESSIONS, U.S. Attorney General, et al.,<br><br>Defendants-Respondents. | CIVIL ACTION NO. 5:16-00620-JGB-KK<br><br>**DISCOVERY MATTER**<br><br>**ORDER ON JOINT STIPULATION REGARDING THE COURT'S MARCH 13, 2018 ORDER TO FILE A JOINT DISCOVERY PLAN AND JOINT AGREED LIST OF SEARCH TERMS AND CUSTODIANS, ECF No. 170**<br><br>Honorable Kenly Kiya Kato |

The Court has reviewed the parties' "Joint Stipulation regarding the Court's March 13, 2018 Order to File a Joint Discovery Plan and Joint Agreed List of Search Terms and Custodians, ECF No. 170." Good cause appearing, the Court orders:

1. By Wednesday, March 28, 2018, the Parties will file a joint list of agreed search terms and custodians; and
2. By Friday, March 30, 2018, the Parties will file a joint report regarding their proposed discovery plans.

**IT IS SO ORDERED.**

DATED: March 26, 2018

_____
**HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE**