# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a class of similarly-situated individuals,<br><br>  Plaintiffs-Petitioners,<br><br>v.<br><br>JEFFERSON SESSIONS, U.S. Attorney General, et al.,<br><br>  Defendants-Respondents. | CIVIL ACTION NO. 5:16-00620-JGB-KK<br><br>**ORDER ON JOINT STIPULATION REGARDING THE COURT'S ORDER RE: APPOINTMENT OF SPECIAL MASTER, ECF No. 182**<br><br>Honorable Jesus G. Bernal |

The Court has reviewed the parties' "Joint Stipulation regarding the Court's Order Re: Appointment of Special Master, ECF No. 182," and for good cause shown, the Court amends Paragraph 6 of its May 23, Order Re: Appointment of Special Master to allow Defendants twenty-one (21) days for the payment of the Special Master's invoices as follows: "Defendants shall initially bear the costs of the Special Master. Upon receipt of a proper invoice from the Special Master's office, Defendants shall pay the Special Master **no later than twenty-one (21) calendar days** from the date of receipt of the invoice. The Special Master will consider whether cost shifting is appropriate after all proceedings before the Special Master have been completed."

**IT IS SO ORDERED.**

DATED: June 15, 2018

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE