CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GISELA A. WESTWATER
Assistant Director
SHEREASE PRATT (NY 2620912)
Senior Litigation Counsel
ADRIENNE ZACK (CA 291629)
JOSEPH HARDY (MD200612120374)
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2446
Facsimile: (202) 305-7000
Email: adrienne.m.zack@usdoj.gov

Attorneys for the Defendants-Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XOCHITL HERNANDEZ and CESAR MATIAS, for themselves and on behalf of a class of similarly-situated individuals, | ) Civil Action No. 5:16-cv-00620-JGB-KKx |
| | ) **Defendants' Initial Disclosures** ) Pursuant to Federal Rule of Civil ) Procedure 26(a)(1) |
| Plaintiffs-Petitioners, | ) |
| v. | ) **Honorable Jesus G. Bernal** |
| JEFFERSON B. SESSIONS III, U.S. Attorney, *et al.*, | ) |
| Defendants-Respondents. | ) |

**DEFENDANTS' INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendants make the following Initial Disclosures to Plaintiffs.

By making these Initial Disclosures, Defendants do not represent that they are identifying every potential document, tangible thing, or witness possibly relevant to the claims raised in the Complaint. These Initial Disclosures represent a good faith effort to identify information Defendants reasonably believe is required by Fed. R. Civ. P. 26(a)(1).

Defendants make these Initial Disclosures without, in any way, waiving: (1) the right to object to the production of any document or tangible thing disclosed on the ground of admissibility, competency, privilege, the work product doctrine relevancy, materiality, Privacy Act, or any other valid ground; (2) the right to object to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding or any other action; and (3) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving, relating to or in any way pertaining to the subject matter of these disclosures.

Defendants make the disclosures set forth below subject to the above objections and qualifications and with the following reservation of rights: Defendants expressly reserve and maintain its right to supplement, amend, correct

and/or modify these Initial Disclosures as the discovery and/or disclosure of additional facts and/or circumstances may hereafter warrant.

**A. <u>Disclosures prescribed by Fed. R. Civ. P. 26(a)(1)(A)(i): Individuals likely to have discoverable information that Defendants may use to support their claims and defense.</u>**

As of this date, Defendants believe that the individuals listed below are likely to have discoverable information to support their claims. Defendants have identified the name or title of each individual likely to have discoverable information that Defendants may use to support their claims, unless solely for impeachment. Please note that, on the basis of Exemption 7 of the Freedom of Information Act, 5 U.S.C. § 552(b)(7), where applicable, only employers and/or work addresses are provided. Defendants do not authorize Plaintiffs and/or their counsel to communicate about this litigation with the current government employees identified below. Instead, Plaintiffs must contact the individuals through undersigned counsel.

**Designated Agent/Employee, EOIR Defendants:**

(1) Stephen Griswold, Assistant Chief Immigration Judge ("ACIJ") for the Office of the Chief Immigration Judge ("OCIJ"), EOIR.

The ACIJ for OCIJ has knowledge of facts relating to the EOIR policies and procedures applicable to custody redetermination hearings.

(2) Ben McDowell, Program Analyst for the Office of Planning, Analysis, and Statistics, EOIR. ("OPAS")

The Program Analyst for OPAS has knowledge of facts relating to the EOIR database and statistics.

**Designated Agent/Employee, DHS Defendants:**

(1) Nathalie R. Asher, Acting Assistant Director, Field Operations, Enforcement and Removal Operations, Immigration and Customs Enforcement

Ms. Asher has knowledge from a nationwide prospective about the procedures officers use to determine custody and how requirements to consider any factor, such as the ability to pay, will be overly burdensome for the agency.

(2) Julio C. Wilson, Assistant Field Office Director, Enforcement and Removal Operations, Los Angeles, Immigration and Customs Enforcement

Mr. Wilson has knowledge generally regarding how aliens are processed and how custody determinations are made, including how bonds are determined in the relevant jurisdiction

**Other Individuals:**

(1) Any and all individuals who may have information as to Plaintiffs' backgrounds and histories.

(2) All individuals identified by Plaintiffs as part of their Fed. R. Civ. P. 26 disclosures.

(3) Other witnesses who may be identified during discovery.

This list of individuals above is not intended to be, nor is it a limitation on, the matters on which these persons may testify. The names listed above should not be construed as an admission that any or all of the facts known to the individuals are discoverable, legally relevant or admissible. Defendants reserve all rights to raise appropriate legal challenges.

**B. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii): A description by category and location of all documents, electronically stored information, and tangible things that Defendants may use to support their claims and defenses.**

As of this date, Defendants have identified the following documents, electronically stored information, and tangible things in their possession, custody, or control (or that they believe to be in the possession, custody or control of Defendants) or publically available and that Defendants may use to support their claims and defenses, unless solely for impeachment.

**EOIR Defendants:**

1. Uniform Docketing System Manual (2013)

2. OCIJ Practice Manual: Extracted portions relevant to Bond
3. OCIJ current Immigration Judge Bond Worksheet (June 2017)
4. Immigration Judge Benchbook
5. EOIR Statistics Yearbooks

**ICE Defendants:**

1. Report from the DHS Office of Inspector General titled "ICE Deportations Operations," dated April 13, 2017.
2. Report from DHS Office of Inspector General, titled "U.S. Immigration and Custom's Enforcement's Alternatives to Detention (Revised), dated February 4, 2015.
3. Report from DHS Office of Inspector General titled "ICE's Release of Immigration Detainees," dated August 2014.
4. The GAO Report on Immigration Detention, dated October 2014

**All Defendants:**

1. All documents that Plaintiffs provide in their initial disclosures or that are produced during the course of discovery.

By providing the foregoing description of documents pursuant to Rule 26 (a)(1)(A)(ii), Defendants do not waive their right to withhold the production of any document in their possession which is subject to protection under the Privacy Act, Law Enforcement Privilege, Deliberative Process Privilege, attorney-client

privilege, work product protection or where the production of such document would otherwise be unlawful. The documents listed above should not be construed as an admission that any or all of the facts reflected in the documents are discoverable, legally relevant, or admissible. Defendants reserve all rights to raise appropriate legal challenges.

**C. Disclosure pursuant to Fed. R. Civ. P. 26(a)(1)(a)(iii): Computation of any category of damages**

Defendants do not claim any damages in relation to this action.

**D. Disclosure pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv): Insurance Agreements**

There are no relevant or applicable insurance agreements.

Respectfully submitted this 29th day of September, 2017.

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

GISELA A. WESTWATER
Assistant Director

SHEREASE PRATT
Senior Litigation Counsel

By: */s/ Adrienne Zack*
ADRIENNE ZACK
JOSEPH HARDY

Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2446
Facsimile: (202) 305-7000
Email: adrienne.m.zack@usdoj.gov
*Attorneys for Defendants-Respondents*

**CERTIFICATE OF SERVICE**

CASE NO. CV 5:16-cv-00620-JGB-KK

I certify that on September 29, 2017, I served Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) via electronic mail to the following counsel of record:

Ahilan T. Arulanantham
aarulanantham@aclu-sc.org

Michael Bryan Kaufman
mkaufman@aclu-sc.org

Devon Lashae Hein
devon.hein@skadden.com

Douglas Allen Smith
douglas.smith@skadden.com

Grayce S. Patricia Frink
grayce.frink@skadden.com

Judy Rabinovitz
jrabinovitz@aclu.org

Matthew Erik Delgado
matthew.delgado@skadden.com

Michael K. T. Tan
mtan@aclu.org

Stephen Bonggyun Kang
skang@aclu.org

Winston Ping Hsiao
winston.hsiao@skadden.com

Matthew Sloan
matthew.Sloan@skadden.com

Joseph Hardy
Joseph.hardy@usdoj.gov

Sherease Pratt
sherease.pratt@usdoj.gov

Michael David Hidalgo
Michael.hidalgo@skadden.com

Steven C. Miller
Steven.miller@coco.ocgov.com

John Christopher Korevec
john.korevec@skadden.com

Laura Rossini
lrossini@santa-ana.org

/s/Adrienne Zack