FILED
CLERK, U.S. DISTRICT COURT

8/16/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MG_____ DEPUTY

1 Hon. Rosalyn M. Chapman (Ret.)
2 JAMS
555 West 5th Street, 32nd Floor
3 Los Angeles, CA 90013
213-253-9740
4 rchapman@jamsadr.com
5 Special Master

6

7 UNITED STATES DISTRICT COURT

8 CENTRAL DISTRICT OF CALIFORNIA

9

10

11 XOCHITL HERNANDEZ, CESAR          Case No: EDCV 16-00620 JGB (KKx)
MATIAS, for themselves and on behalf
12 of a class of similarly situated individuals,   (JAMS Ref. No: 1220059390)

13         Plaintiffs-Petitioners,

14              v.

15

16 JEFFERSON B. SESSIONS III,
U.S. Attorney General, et al.,
17
         Defendants-Respondents.
18

19

20

21       **SECOND DISCOVERY ORDER RE DEFENDANTS'**

22       **COMPLIANCE WITH DOCKET NO. 129**

23

24       A discovery status conference was held telephonically before Special Master Hon.

25 Rosalyn Chapman (Ret.) on August 16, 2018, pursuant to written notice from the Special Master.

26 Michael Kaufman, Staff Attorney with the ACLU Foundation of Southern California, and

27 Douglas A. Smith, an attorney with Skadden Arps Slate Meagher & Flom LLP, appeared on

28

1

behalf of Plaintiffs and Katherine J. Shinners and Brian Ward, counsel with the Office of Immigration Litigation (OIL), Department of Justice (DOJ), appeared on behalf of Defendants.

The Special Master and counsel for the parties discussed the parties' Amended Joint Report (Dkt. No. 199), the Declaration of Jean King filed on July 20, 2018 ("King Decl.") (Dkt. No. 200-1), the Declaration of Matthew T. Albence (Dkt. No. 202-1) ("Albence Decl."), the Declaration of Nathalie R. Asher ("Asher Decl.") (Dkt. No. 202-2), the Declaration of Clayton M. McLean (Dkt. No. 206-1), and the Supplemental Declaration of Jean King filed on August 16, 2018 ("Supp. King Decl.") (Dkt. No. 207-1).   The Special Master continues to be concerned that Defendants are not acting promptly and fully in complying with Judge Kato's Order (Dkt. No. 129), and she is willing to consider the parties' suggestions on improving the document search protocols to increase the speed and completeness of Defendants' production of responsive documents.

Accordingly, the Special Master **HEREBY ORDERS** counsel for the parties to meet and confer and to file, no later than August 30, 2018, a Joint Report addressing any agreements, as well as disputes, regarding (1) whether Defendants may delay or eliminate searching the ESI records of certain custodians or, alternatively, place temporal limitations on the searches of certain custodians' records, as requested in King Decl. ¶¶ 58-59, Supp. King Decl. ¶¶ 9-33, Albence Decl. ¶ 39, and Asher Decl. ¶ ¶¶ 7-8, and (2) if certain custodians' records are not searched at this time, the use of sampling techniques to assure that their ESI records are in fact "duplicative" of records obtained from other individuals and either produced to Plaintiffs or placed on Defendants' privilege logs.

1

2  **IT IS FURTHER ORDERED** that at least 48 hours prior to the September 14, 2018

3  discovery status conference, Defendants shall file a brief Report on: (1) the status of the

4

5  production of documents to Plaintiffs from DHS's ERO Policy Mailbox and ERO Taskings

6  Mailbox; and (2) the status of the production of documents to Plaintiffs from the Bond

7  Management Information System.   This Report should include supporting declarations, as

8  necessary.

9

10

11

12

13  Date:  August 16, 2018

14  1220059390.4

    _____
    Hon. Rosalyn M. Chapman (Ret.),
15  Special Master

16

17

18

19

20

21

22

23

24

25

26

27

28