FILED
CLERK, U.S. DISTRICT COURT

8/24/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MG\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a class similarly-situated individuals<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, U.S. Attorney General, et al.,<br><br>Defendants-Respondents. | Case No.: 5:16-cv-00620 JGB (KKx)<br><br>(JAMS Ref. No. 1220059390)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO AMEND DISCOVERY ORDER, DOCKET NO. 195** |

**[PROPOSED] ORDER**

For good cause shown, IT IS ORDERED that the Parties' STIPULATION TO AMEND DISCOVERY ORDER, DOCKET NO. 195 is APPROVED.

IT IS HEREBY ORDERED that Paragraph 6 of the DISCOVERY ORDER RE DEFENDANTS' COMPLIANCE WITH DOCKET NO. 129, Dkt. No. 195, is amended to strike "DOJ's Thomas Y.K. Fong" and substitute Judge Rooyani and Judge Laurent in his place.

IT IS FURTHER ORDERED that the time period specified in Paragraph 6 of the DISCOVERY ORDER RE DEFENDANTS' COMPLIANCE WITH DOCKET NO. 129, Dkt. No. 195, is amended as follows:

| Custodial or Non-Custodial Source | Time Periods* |
|---|---|
| ERO's Policy Library | January 1, 2016 - February 12, 2018 |
| ERO's Taskings Mailbox | January 1, 2016 - December 15, 2017 |
| ERO's Policy Mailbox | January 1, 2016 - January 3, 2018 |
| OPLA OCC LA's Share Drive | January 1, 2016 - March 1, 2018 |
| OPLA OCC's SharePoint Site | January 1, 2016 - March 1, 2018 |
| OPA OCC LA's SharePoint Site | January 1, 2016 - February 26, 2018 |
| Judge Rodin Rooyani | January 1, 2016 - January 1, 2018 |
| Judge Scott D. Laurent | November 27, 2017 - July 10, 2018 |

*All ending dates are approximate.

DATED: August 24, 2018

_____
Hon. Rosalyn M. Chapman (Ret.)
Special Master