Hon. Rosalyn M. Chapman (Ret.)
JAMS
555 West 5th Street, 32nd Floor
Los Angeles, CA 90013
213-253-9740
rchapman@jamsadr.com
Special Master

FILED
CLERK, U.S. DISTRICT COURT

9/14/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MG___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, U.S. Attorney General, et al.,<br><br>Defendants-Respondents. | Case No: EDCV 16-00620 JGB (KKx)<br><br>(JAMS Ref. No: 1220059390) |

**NUNC PRO TUNC ORDER AMENDING DOCKET NO. 194**

Paragraph 6 of Initial Discovery Order (Dkt. No. 194) **is hereby amended** at page 3, line 15, by inserting before the sentence that begins with the word "In-person":   "Although no hearing date is set by the moving party, each side may file a supplemental memorandum of law

1

of ten (10) ) pages or less, no later than fourteen (14) days from the date of filing of the Joint Stipulation."

**IT IS SO ORDERED NUNC PRO TUNC.**

**IT IS FURTHER ORDERED** that the Case Manager shall promptly serve this Order on the parties and the District Court.

Date:  September 14, 2018
1220059390.5

*Rosalyn M. Chapman*
Hon. Rosalyn M. Chapman (Ret.),
Special Master