1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a class of similarly-situated individuals, | CASE NO. 5:16-cv-00620-JGB-KK |
| Plaintiffs-Petitioners, | **ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES** |
| v. | |
| | Honorable Jesus G. Bernal |
| JEFFERSON SESSIONS, U.S., Attorney General, et al., | Complaint Filed: April 6, 2016 |
| Defendants-Respondents. | |

The Court has reviewed the parties' "Joint Stipulation to Continue Pretrial and Trial Dates." Good cause appearing, the Court amends the Civil Trial Scheduling Order [ECF No. 132] as follows:

| | |
|---|---|
| Fact Discovery Cutoff: | February 22, 2019 |
| Initial Expert Disclosure: | March 15, 2019 |
| Rebuttal Expert Disclosure: | April 5, 2019 |
| Expert Discovery Cutoff | April 19, 2019 |
| Last Date to Conduct Settlement Conference: | June 21, 2019 |
| Last Date to Hear Dispositive Motions: | June 24, 2019 |
| Pretrial Conference: | August 5, 2019 @ 11 a.m. |
| Trial: | August 20, 2019 @ 9 a.m. |

Counsel for the Parties shall initiate fact discovery (other than depositions) at least 45 days before the Fact Discovery Cutoff date, except in unusual circumstances and for good cause shown. Counsel for the Parties can initiate expert discovery during the expert discovery period. Counsel for the Parties will not serve Rule 34 Requests for Production of Documents after December 20, 2018, except in unusual circumstances and for good cause shown.

**IT IS SO ORDERED**

DATED: October 26, 2018

HONORABLE JESUS BERNAL
UNITED STATES DISTRICT JUDGE