MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-5232
Facsimile: (213) 915-0219

*Attorneys for Plaintiffs-Petitioners*

*Additional Counsel for Plaintiffs and Defendants on Following Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a certified class of similarly situated individuals,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>MERRICK GARLAND, U.S. Attorney General, et al.,<br><br>*Defendants-Respondents.* | Case No. 5:16-00620-JGB-KK<br><br>**NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**<br><br>*Zoom or Telephonic Appearance Requested*<br><br>Hearing Date: December 6, 2021<br>Hearing Time: 9 a.m.<br>Complaint Filed: April 6, 2016<br><br>Honorable Jesus G. Bernal |

MICHAEL TAN (*pro hac vice*)
mtan@aclu.org
JUDY RABINOVITZ (*pro hac vice*)
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004-2400
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

STEPHEN KANG (SBN 292280)
skang@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0783
Facsimile: (415) 395-0950

DOUGLAS A. SMITH (SBN 290598)
dougsmith@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave, 25th Floor
Los Angeles, California 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MATTHEW E. SLOAN (SBN 165165)
matthew.sloan@skadden.com
ASHLEY PHILLIPS (SBN 318397)
ashley.phillips@skadden.com
WINSTON P. HSIAO (SBN 273638)
winston.hsiao@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Ave, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5276
Facsimile: (213) 621-5276

*Attorneys for Plaintiffs-Petitioners*


BRIAN C. WARD (IL 6404236)
brian.c.ward@usdoj.gov
KATHERINE J. SHINNERS (DC 978141)
Katherine.J.Shinners@usdoj.gov
Senior Litigation Counsel
COURTNEY E. MORAN (CA 288394)
courtney.e.moran@usdoj.gov
OZLEM B. BARNARD (NY 4350583)
ozlem.b.barnard@usdoj.gov
DHRUMAN Y. SAMPAT (NJ 270892018)
dhruman.y.sampat@usdoj.gov

NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

1  Trial Attorneys
2  U.S. Department of Justice
   Office of Immigration Litigation
   District Court Section
3  P.O. Box 868 Ben Franklin Station
   Washington, DC 20044
4  Telephone: (202) 532-4023

5  *Attorneys for the Defendants-Respondents*

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Plaintiffs and Defendants hereby jointly move under Federal Rules of Civil Procedure 23 for an order (1) granting preliminary approval of the settlement reached between Plaintiffs and Defendants, attached as Exhibit A to the Declaration of Michael Kaufman, as fair, reasonable, and adequate; (2) granting preliminary certification of the Settlement Class; (3) granting approval of the proposed notice to the Class and directing provision of Class Notice; and (4) setting a schedule for the Fairness Hearing. This motion shall be heard on December 6, 2021 at 9 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Jesus Bernal at the United States Courthouse, 3470 Twelfth Street, Riverside, CA 92501. The Parties jointly request that the Court permit counsel to appear via Zoom or telephone. Under Department of Justice policy related to the COVID-19 pandemic, counsel for Defendants are required to seek leave to appear remotely for court appearances. In addition, both counsel for Defendants have unvaccinated children under the age of 12. Accordingly, to avoid the risks for a potential COVID infection associated with air travel and hotel stays, Defendants requests to appear via Zoom or telephone.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Michael Kaufman and the exhibits thereto, the complete files and records of this action, and such other evidence and authorities as may be presented to the Court in connection with the briefing and hearing of this motion.

This motion is made pursuant to the class Settlement Agreement entered into by the parties, attached as Exhibit A to the Declaration of Michael Kaufman. This motion is made following conferences of counsel, which have taken place over the course of months, including during settlement negotiations.

//

//

Respectfully submitted,

Dated: October 25, 2021        By:   /s/ Michael Kaufman
                                     MICHAEL KAUFMAN
                                     Counsel for Plaintiffs

Dated: October 25, 2021        By:   /s/ Brian Ward
                                     BRIAN WARD
                                     Counsel for Defendants