MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-5232
Facsimile: (213) 915-0219

*Attorneys for Plaintiffs-Petitioners*

*Additional Counsel for Plaintiffs on Following Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a certified class of similarly situated individuals,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>MERRICK GARLAND, U.S. Attorney General, et al.,<br><br>*Defendants-Respondents.* | Case No. 5:16-00620-JGB-KK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: March 28, 2022<br>Hearing Time: 9:00 a.m.<br>Complaint Filed: April 6, 2016<br><br>Honorable Jesus G. Bernal |

| | |
|---|---|
| 1 | MICHAEL TAN (*pro hac vice*) |
| | mtan@aclu.org |
| 2 | JUDY RABINOVITZ (*pro hac vice*) |
| | JRabinovitz@aclu.org |
| 3 | AMERICAN CIVIL LIBERTIES FOUNDATION |
| | IMMIGRANTS' RIGHTS PROJECT |
| 4 | 125 Broad Street, 18th Floor |
| | New York, New York 10004-2400 |
| 5 | Telephone: (212) 549-2618 |
| | Facsimile: (212) 549-2654 |
| 6 | |
| | STEPHEN KANG (SBN 292280) |
| 7 | skang@aclu.org |
| | AMERICAN CIVIL LIBERTIES FOUNDATION |
| 8 | IMMIGRANTS' RIGHTS PROJECT |
| | 39 Drumm Street |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 343-0783 |
| 10 | Facsimile: (415) 395-0950 |
| 11 | DOUGLAS A. SMITH (SBN 290598) |
| | dougsmith@mayerbrown.com |
| 12 | MAYER BROWN LLP |
| | 350 S. Grand Ave, 25th Floor |
| 13 | Los Angeles, California 90071 |
| | Telephone: (213) 229-9500 |
| 14 | Facsimile: (213) 625-0248 |
| 15 | MATTHEW E. SLOAN (SBN 165165) |
| | matthew.sloan@skadden.com |
| 16 | ASHLEY PHILLIPS (SBN 318397) |
| | ashley.phillips@skadden.com |
| 17 | WINSTON P. HSIAO (SBN 273638) |
| | winston.hsiao@skadden.com |
| 18 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 S. Grand Ave, Suite 3400 |
| 19 | Los Angeles, California 90071 |
| | Telephone: (213) 687-5276 |
| 20 | Facsimile: (213) 621-5276 |
| 21 | |
| | *Attorneys for Plaintiffs-Petitioners* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PLAINTIFFS' NOTICE OF MOTION FOR ATTORNEYS' FEES AND EXPENSES

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Plaintiffs Xochitl Hernandez and Cesar Matias, for themselves and behalf of all class members, will hereby move this Court for an order awarding Plaintiffs' counsel attorneys' fees and costs. This motion shall be heard on March 28, 2022, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Jesus Bernal at the United States Courthouse, 3470 Twelfth Street, Riverside, CA 92501.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declarations of Michael Kaufman, Michael Tan, and Ashley Phillips and the exhibits thereto, the complete files and records of this action, and such other evidence and authorities as may be presented to the Court in connection with the briefing and hearing of this motion.

Defendants do not oppose this motion. This motion is made pursuant to the class Settlement Agreement entered into by the parties. This motion is made following conferences of counsel pursuant to Local Rule 7-3, which have taken place over the course of months, including during settlement negotiations.

Dated: March 14, 2022        By: /s/ *Michael Kaufman*
                             MICHAEL KAUFMAN
                             Counsel for Plaintiffs