MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-5232
Facsimile: (213) 915-0219

*Attorneys for Plaintiffs-Petitioners*

*Additional Counsel for Plaintiffs on Following Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a certified class of similarly situated individuals,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>MERRICK GARLAND, U.S. Attorney General, et al.,<br><br>*Defendants-Respondents*. | Case No. 5:16-00620-JGB-KK<br><br>**DECLARATION OF MICHAEL K.T. TAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Hearing Date: March 28, 2022<br>Hearing Time: 9:00 a.m.<br>Complaint Filed: April 6, 2016<br><br>Honorable Jesus G. Bernal |

1 | MICHAEL TAN (*pro hac vice*)
mtan@aclu.org
2 | JUDY RABINOVITZ (*pro hac vice*)
JRabinovitz@aclu.org
3 | AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
4 | 125 Broad Street, 18th Floor
New York, New York 10004-2400
5 | Telephone: (212) 549-2618
Facsimile: (212) 549-2654
6 |
STEPHEN KANG (SBN 292280)
7 | skang@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
8 | IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
9 | San Francisco, California 94111
Telephone: (415) 343-0783
10 | Facsimile: (415) 395-0950

11 | DOUGLAS A. SMITH (SBN 290598)
dougsmith@mayerbrown.com
12 | MAYER BROWN LLP
350 S. Grand Ave, 25th Floor
13 | Los Angeles, California 90071
Telephone: (213) 229-9500
14 | Facsimile: (213) 625-0248

15 | MATTHEW E. SLOAN (SBN 165165)
matthew.sloan@skadden.com
16 | ASHLEY PHILLIPS (SBN 318397)
ashley.phillips@skadden.com
17 | WINSTON P. HSIAO (SBN 273638)
winston.hsiao@skadden.com
18 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Ave, Suite 3400
19 | Los Angeles, California 90071
Telephone: (213) 687-5276
20 | Facsimile: (213) 621-5276

21 |
*Attorneys for Plaintiffs-Petitioners*
22 |

DECLARATION OF MICHAEL K.T. TAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

# DECLARATION OF MICHAEL K.T. TAN

I, Michael K.T. Tan, declare:

1. I am a Deputy Director of the ACLU Immigrants' Rights Project ("ACLU IRP"), which is co-counsel for Plaintiffs in this case. I am a member of the New York State Bar. The facts set forth herein are known to me personally and, if called as a witness, I could and would testify competently to these facts.

## I. Overview of Timekeeping Procedures

2. ACLU IRP maintains the following timekeeping practices. Attorneys and staff (paralegals, legal assistants, and legal interns) record daily time logs. Those logs reflect the time worked on each matter for that day and a description of the work done.

## II. Qualifications of ACLU IRP Attorneys

3. As explained in Plaintiffs' Motion for Attorneys' Fees, this case involves complex immigration and constitutional issues that required unique expertise in the intricacies of the immigration laws. Accordingly, Plaintiffs seek an enhanced hourly rate consistent with the private Los Angeles market where this case was litigated. Four IRP timekeepers seek attorneys' fees in this case: myself, Stephen Kang, Celso Perez, and David Hausman. The following section describes our qualifications for market rates.

4. I graduated from the Yale Law School in 2008 and served as a Law Clerk to the Honorable M. Margaret McKeown, U.S. Court of Appeals for the Ninth Circuit, from 2009 to 2010. I joined ACLU IRP as a Liman Fellow from 2008 to 2009 and returned as a Skadden Fellow from 2010 to 2012. Since 2012, I have been a member of the permanent staff, first serving as a Staff Attorney, then a Senior Staff Attorney, and now as a Deputy Director.

5. I am admitted to practice in the state of New York and have been admitted to the bars of the U.S. Supreme Court; the U.S. Courts of Appeals for the First, Third,

1
DECLARATION OF MICHAEL K.T. TAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

Fourth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the U.S. District Courts for the Eastern District of Michigan and Northern District of California.

6. In 2014, I was named a California Lawyer of the Year in immigration law. I am also the recipient of the National Asian Pacific American Bar Association's 2016 Best Lawyers Under 40 Award and the National LGBT Bar Association's 2017 Best LGBT Lawyer Under the Age of 40 Award.

7. I have more than 12 years of experience litigating immigrants' rights cases in federal court, with a focus on class action litigation on behalf of detained immigrants. Over the past decade, I have litigated as lead counsel or co-counsel in major cases challenging arbitrary immigration detention in the U.S. Supreme Court, Courts of Appeals, and federal district courts. These cases include *Nielsen v. Preap*, 139 S. Ct. 954 (2019), where I served as counsel of record, *Jennings v. Rodriguez*, 138 S. Ct. 830 (2018), and *Garland v. Gonzalez*, No. 20-322 (U.S.).

8. In addition to the instant case, other major detention cases I have litigated include *Dubon Miranda v. Barr*, 463 F. Supp. 3d 632 (D. Md. 2020) (granting preliminary injunction placing the burden of proof on the government at immigration bond hearings and prohibiting the wealth-based detention of immigrants in Maryland); *Brito v. Barr*, 415 F. Supp. 3d 258 (D. Mass. 2019) (granting summary judgment placing the burden of proof on the government at immigration bond hearings and prohibiting the wealth-based detention of immigrants in Massachusetts and New Hampshire); *Abiala v. Barr*, No. 7:19-cv-00082-HL (M.D. Ga. filed June 6, 2019) (challenging the wealth-based detention of immigrants in the Middle District of Georgia); *Padilla v. ICE*, 379 F. Supp. 3d 1170 (W.D. Wa. 2019), *affirmed in part*, 953 F.3d 1134 (9th Cir. 2020), *cert. granted, judgment vacated*, 141 S. Ct. 1041 (Jan. 11, 2021) (granting nationwide preliminary injunction requiring constitutionally adequate bond hearings for detained asylum seekers); *Damus v. Nielsen*, 313 F. Supp. 3d 317 (D.D.C. 2018) (granting preliminary injunction against the arbitrary detention of asylum seekers

by five U.S. Immigration and Customs Enforcement Field Offices ("ICE")); *Rodriguez v. Robbins*, No. 07-03239-TJH-E (C.D. Cal), 591 F.3d 1105 (9th Cir. 2010), 715 F.3d 1127 (9th Cir. 2013), 804 F.3d 1060 (9th Cir. 2015); *Jennings v. Rodriguez*, 138 S. Ct. 830 (2018) (challenging the prolonged detention without bond hearings of immigrants held in the Central District of California); *Reid v. Donelan*, 297 F.R.D. 185 (D. Mass. 2014), 22 F. Supp. 3d 84 (D. Mass. 2014), 819 F.3d 486 (1st Cir. 2016), 390 F. Supp. 3d 201 (D. Mass. 2019), 17 F.4th 1 (1st Cir. 2021) (same, for immigrants held in Massachusetts and New Hampshire); *Alli v. Decker*, No. 4:09-cv-00698-JEJSF (M.D. Pa), 644 F. Supp. 2d 535 (M.D. Pa. 2009), 650 F.3d 1007 (3d Cir. 2011) (same, for immigrants held in Pennsylvania); *Preap v. Johnson*, 303 F.R.D. 566 (N.D. Cal. 2014), 831 F.3d 1193 (9th Cir. 2016), *Nielsen v. Preap*, 139 S. Ct. 954 (2019) (challenging the mandatory detention of immigrants in California who were not taken into immigration custody upon their release from criminal custody); *Khoury v. Asher*, 3 F. Supp. 3d 877 (W.D. Wash. 2014) (same, for Washington State); *Gordon v. Johnson*, 300 F.R.D. 31 (D. Mass. 2014), 842 F.3d 66 (1st Cir. 2016) (same, for Massachusetts); *Gayle v. Warden, Monmouth County*, 4 F. Supp. 3d 692 (D.N.J. 2014), 81 F. Supp. 3d 371 (D.N.J. 2015), 838 F.3d 297 (3d Cir. 2016), No. 12-2806 (FLW), 2019 WL 4165310 (D.N.J. Sept. 3, 2019), 12 F.4th 321 (3d Cir. 2021) (challenging the mandatory detention of individuals with substantial challenges to removal in New Jersey); *R.I.LR. v. Johnson*, 80 F. Supp. 3d 164 (D.D.C. 2015) (granting nationwide preliminary injunction against the detention of migrant families seeking asylum based on deterrence); *Rivera v. Holder*, 307 F.R.D. 539 (W.D. Wa. 2015) (granting summary judgment against immigration court's failure to consider detainees for release on recognizance in Washington State).

9.     Most of these cases, including *Nielsen v. Preap*, *Jennings v. Rodriguez*, *Brito v. Barr*, *Reid v. Donelan*, *Khoury v. Asher*, *Gordon v. Johnson*, *Gayle v.*

*Warden, Monmouth County, Damus v. Nielsen, R.I.L.R. v. Johnson*, and *Rivera v. Holder*, are class actions where I was appointed class counsel.

10. In *Rivera v. Holder*, I sought an enhanced hourly rate under the Equal Access to Justice Act ("EAJA"), and the district court awarded fees consistent with that rate pursuant to an agreement between the parties. *See Rivera v. Holder*, No. 2:14-cv-01597-RSL (W.D. Wash. Dec. 18, 2015) (Stip. Mot. & Order Concerning Plaintiff's Motion for Attorneys' Fees) (ECF 72).

11. Through these cases and others, I have come to acquire distinctive knowledge and specialized skill in the areas of immigrants' rights litigation and class action litigation in the federal courts. I am routinely called upon to advise other lawyers and advocates concerning the due process rights of detained immigrants, particularly those who are litigating federal court actions. I regularly give CLE and other public presentations to attorneys concerning the rights of detained immigrants. I provide technical assistance, including reviewing briefs and assisting in preparation for hearings, to other practitioners litigating federal cases on these topics. I also regularly speak to nonlegal audiences and the media regarding immigration law and policy.

12. **Stephen Bonggyun Kang** has worked as an Equal Justice Works Fellow, then a Detention Attorney, at IRP since 2013. Mr. Kang graduated from New York University School of Law in 2011 and clerked for the Hon. Kermit V. Lipez of the U.S. Court of Appeals for the First Circuit, and the Hon Margaret M. Morrow (ret.) of the U.S. District Court for the Central District of California. Mr. Kang has been admitted to practice in California since 2013. He is admitted to the bars of the U.S. Courts of Appeals for the Third, Fifth, Sixth, and Ninth Circuits, and the U.S. District Courts for the Central, Northern, and Southern Districts of California and the District of Colorado.

13. Since coming to IRP, Mr. Kang's practice has focused on the rights of noncitizens subject to removal and deportation, including those in immigration

detention. In addition to his work on this case, his active litigation regarding detained immigrants includes *Damus v. Nielsen* and *RILR v. Johnson*, described above.

14. Mr. Kang specializes in systemic litigation and advocacy involving particularly vulnerable populations in the removal system, such as detained children and asylum-seeking families. His cases in this area include: *Ms. L. v. ICE*, 310 F. Supp. 3d 1133 (S.D. Cal. 2018), *modified*, 330 F.R.D. 284 (S.D. Cal. 2019) (enjoining government practice of separating asylum-seeking children from their parents at border); *A.I.I.L. v. Sessions*, 19-cv-00481-JAS (D. Az. filed Oct. 3, 2019) (damages action on behalf of separated immigrant families); *Saravia for A.H. v. Sessions*, 905 F.3d 1137 (9th Cir. 2018) (affirming preliminary injunction against unlawful arrest and detention of noncitizens based on flawed gang allegations); *Flores v. Sessions*, 862 F.3d 863 (9th Cir. 2017) (amicus counsel) (upholding rights of detained immigrant children to custody hearings); *Duchitanga v. Lloyd*, 1:18-cv-10332 (S.D.N.Y. filed Nov. 6, 2018) (challenging widespread and severe delays in release of children in government custody due to fingerprinting backlogs).

15. Mr. Kang has also litigated a number of other cases concerning the due process rights of noncitizens in the removal process, including: *C.J.L.G. v. Barr*, 880 F.3d 1122 (9th Cir. 2018) (en banc) (reversing removal order of unrepresented child for failure to advise of relief eligibility); *J.E.F.M. v. Lynch*, 837 F.3d 1026 (9th Cir. 2016) (dismissing for lack of jurisdiction class action seeking appointed counsel for children); *Franco-Gonzalez v. Holder*, No. CV-10-02211 DMG DTBX, 2014 WL 5475097 (C.D. Cal. Oct. 29, 2014) (detailed injunctive order concerning appointed counsel rights for noncitizens with mental disabilities facing removal); *United States v. Peralta-Sanchez*, 705 F. App'x 542 (9th Cir. 2017) (amicus counsel) (case addressing rights of noncitizens to legal representation in fast-track removal process).

16. In *Saravia v. Sessions*, Mr. Kang sought an enhanced hourly rate under the EAJA, and the district court awarded fees consistent with that rate pursuant to an agreement between the parties. *See Saravia v. Garland*, No. 3:17-cv-03615-VC (N.D. Cal. June 7, 2021) (order approving settlements for fees and costs under the EAJA) (ECF 264).

17. Many of the cases described above are class actions, which has given him substantial expertise in litigating complex class actions involving the immigration system, including the statutory and regulatory scheme governing immigration detention. He is or was class counsel in *Ms. L v. ICE*, *Saravia v. Sessions*, *Damus v. Nielsen*, *RILR v. Johnson*, *J.E.F.M. v. Lynch*, and *Franco-Gonzalez v. Holder*.

18. Mr. Kang regularly gives CLE presentations lawyers and advocates concerning the rights of detained noncitizens and immigrant children, and provides technical assistance (including reviewing briefs and assisting in preparation for hearings) to other practitioners litigating federal cases on these topics. He also periodically speaks to nonlegal audiences regarding immigration and asylum policy.

19. **Celso Perez** was a Staff Attorney at the ACLU-IRP between 2018 and 2021. Mr. Perez graduated from Yale Law School in 2014. He is a member of the California, New York, D.C., and Florida bars. He is admitted to practice in multiple federal courts including the U.S. Supreme Court, the U.S. Courts of Appeals for the Second, Third, Fifth, Ninth, and D.C. Circuits, and the U.S. District Courts for the Central, Northern, and Southern Districts of California, the Western District of New York, and the District of Columbia. He is currently a law clerk for the Honorable Marcia G. Cooke of the U.S. District Court for the Southern District of Florida and will be clerking for the Honorable Jennifer Sung of the U.S. Court of Appeals for the Ninth Circuit in 2023-2024.

20. Mr. Perez has years of experience practicing immigration law. Prior to joining the ACLU, he was an associate attorney at Kurzban, Kurban, Weinger,

Tetzeli & Pratt, a top U.S. immigration firm. There he represented clients in administrative proceedings before various federal agencies, facing removal in immigration court and the Board of Immigration Appeals, and challenging agency actions before federal district courts.

21.   Mr. Perez also has experience litigating complex immigration matters in federal court, including: *Mayorkas v. Innovation Law Lab*, No. 19-1212 (U.S.), *vacated* June 21, 2021 (statutory challenge to the "Migrant Protection Protocols" policy of returning asylum seekers to Mexico); *German Santos v. Warden*, 965 F.3d 203 (3d Cir. 2020) (participated as amicus, successfully arguing for the due process right of noncitizens to receive a bond hearing after prolonged mandatory detention); *Make the Road New York v. Wolf*, 962 F.3d 612 (D.C. Cir. 2020) (statutory challenge to the expansion of expedited removal proceedings); *Nora v. Wolf*, No. 20-cv-0993, 2020 WL 3469670 (D.D.C. June 25, 2020) (secondary challenge to policy of returning asylum seekers to Mexico; case raised novel Administrative Procedure Act and due process claims); *Thuraissigiam v. Archembault*, Case No. 3:19-cv-1092-JM-LL (S.D. Cal.), *filed* June 11, 2019 (habeas challenge to an individual's right to be released from prolonged immigration detention).

22.   Through this work, Mr. Perez has developed significant expertise on federal court litigation to advance immigrants' rights, including the rights of detained noncitizens.

23.   **David Hausman** was a Skadden Fellow at the ACLU IRP from 2016-2018 and remained at the project during 2019 as an attorney. Mr. Hausman graduated from Stanford Law School in 2015 and clerked for the Honorable Stephen F. Williams on the U.S. Court of Appeals for the D.C. Circuit. He is a member of the New York Bar and is admitted to practice in the Ninth Circuit.

24.   Mr. Hausman has experience with complex immigration matters, including, among many others, *International Refugee Assistance Project v. Trump*, 137 S. Ct.

2080 (2017) (challenging the 2017 Executive Order instituting a travel ban from Muslim-majority countries) and *Rodriguez v. Swartz*, No. 15-16410 (*Bivens* action seeking damages for cross-border shooting). Mr. Hausman also has experience with class actions. He served as counsel in *Inland Empire Immigrant Youth Collective v. Barr*, a class action challenging hundreds of unlawful DACA terminations.

25. Before joining the ACLU-IRP, Mr. Hausman served as a consulting expert for the ACLU on several class actions, contributing statistical analyses. He continues to consult occasionally for the project. Mr. Hausman is currently a fellow at Stanford Law School's Regulation, Evaluation and Governance Lab and a postdoctoral fellow at Stanford's Digital Civil Society Lab. He has published on immigration law and other matters in the Proceedings of the National Academy of Sciences, Stanford Law Review, the University of Pennsylvania Law Review, the Journal of Law, Economics, and Organization, the Harvard Law Review Forum and the Georgetown Law Journal.

26. Through this work, Mr. Hausman has developed significant expertise on federal court litigation to advance immigrants' rights, including the rights of detained noncitizens.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 14, 2022 in Atlanta, Georgia.

                                                 /s/ Michael K.T. Tan
                                                 Michael K.T. Tan