1  MICHAEL KAUFMAN (SBN 254575)
2  mkaufman@aclusocal.org
   ACLU FOUNDATION OF SOUTHERN CALIFORNIA
3  1313 West 8th Street
   Los Angeles, California 90017
   Telephone: (213) 977-5232
4  Facsimile: (213) 915-0219

5  *Attorneys for Plaintiffs-Petitioners*

6  *Additional Counsel for Plaintiffs*
7  *on Following Page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a certified class of similarly situated individuals,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>MERRICK GARLAND, U.S. Attorney General, et al.,<br><br>*Defendants-Respondents.* | Case No. 5:16-00620-JGB-KK<br><br>**DECLARATION OF ASHLEY PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Hearing Date: March 28, 2022<br>Hearing Time: 9:00 a.m.<br>Complaint Filed: April 6, 2016<br><br>Honorable Jesus G. Bernal |

MICHAEL TAN (*pro hac vice*)
mtan@aclu.org
JUDY RABINOVITZ (*pro hac vice*)
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004-2400
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

STEPHEN KANG (SBN 292280)
skang@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0783
Facsimile: (415) 395-0950

DOUGLAS A. SMITH (SBN 290598)
dougsmith@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave, 25th Floor
Los Angeles, California 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MATTHEW E. SLOAN (SBN 165165)
matthew.sloan@skadden.com
ASHLEY PHILLIPS (SBN 318397)
ashley.phillips@skadden.com
WINSTON P. HSIAO (SBN 273638)
winston.hsiao@skadden.com
ALYSSA MUSANTE (SBN 320821)
alyssa.musante@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Ave, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5276
Facsimile: (213) 621-5276

*Attorneys for Plaintiffs-Petitioners*

DECLARATION OF ASHLEY PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

# DECLARATION OF ASHLEY PHILLIPS

I, Ashley Phillips, hereby declare:

1. I am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), which, along with the American Civil Liberties Union Foundation of Southern California ("ACLU SoCal"), served as co-counsel for Plaintiffs Xochitl Hernandez, Cesar Matias, and the certified class they represent in the above-captioned matter. I am a member of the California State Bar. I am admitted to practice before the United States District Court for the Central District of California and United States District Court for the Northern District of California.

2. I submit this declaration in support of Plaintiffs' unopposed motion for an award of attorneys' fees and reimbursement of costs incurred in the litigation of this case. I have personal knowledge of the facts set forth below and if called to testify, I could and would do so competently.

**The Parties Have Agreed to a Fair, Reasonable, and Appropriate Award of Attorneys' Fees**

3. Skadden has a standard billing process that it follows. My firm's practice is to require each timekeeper, including attorneys and staff (law clerks, legal assistants, and billing and clerical personnel), to record time worked on firm matters in tenth of an hour increments. The time is to be recorded contemporaneously and is entered into the firm's computerized time and billing system either by the attorney directly or his or her secretary. As far as I am aware, attorneys, legal assistants and other personnel working on this matter recorded their time contemporaneously. Each timekeeper records daily time logs. Those logs reflect the time worked on each matter for that day and a description of the work done. Those records are then entered into the Firm's billing system, broken out by client and, for each client, the relevant matter. Skadden follows this procedure for

both standard and *pro bono* engagements (such as this one) and did so in working on this litigation.

**Information About The Skadden Attorneys And Staff On The Case**

4. As stated above, I am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"). I started at the firm in 2017. I obtained my J.D. from UCLA School of Law in 2017. My billing rate in 2017 was $415 per hour, in 2018 was $515 per hour, and in 2019 was $660 per hour.

5. Matt Delgado joined Skadden in 2015. Mr. Delgado received his J.D. from Columbia Law School in 2015. His billing rate in 2015 was $380 per hour, in 2016 was $470 per hour, and in 2017 was $595 per hour.

6. Alexandra Farmer joined Skadden in 2018. Ms. Farmer received her J.D. from Columbia University School of Law in 2018. Her billing rate in 2019 was $550 per hour.

7. Grayce Frink joined Skadden in 2011. Ms. Frink received her J.D. from UC Berkeley School of Law in 2011. Her billing rate in 2015 was $775 per hour and in 2016 was $820 per hour.

8. Devon Hein joined Skadden in 2012. Ms. Hein received her J.D. from Columbia University School of Law in 2012. Her billing rate in 2015 was $735 per hour, in 2016 was $780 per hour and in 2017 was $860 per hour.

9. Michael Hidalgo joined Skadden in 2015. Mr. Hidalgo received his J.D. from UC Berkeley School of Law in 2015. His billing rate in 2015 was $380 per hour, in 2016 was $470 per hour, in 2017 was $595 per hour, and in 2018 was $740 per hour.

10. John Korevec joined Skadden in 2016. Mr. Korevec received his J.D. from the University of Southern California Gould School of Law in 2015, following which he clerked for the Honorable Manuel L. Real, in the United States District Court for the Central District of California. His billing rate in 2017 was $595 per

hour and in 2018 was $740 per hour.

11. Alyssa Musante joined Skadden in 2018. Ms. Musante received her J.D. from Loyola Law School in 2016, where she graduated Magna Cum Laude and Order of the Coif. She clerked for the Honorable William H. Orrick, III, in the United States District Court for the Northern District of California. Her billing rate in 2018 was $740 per hour and in 2019 was $785 per hour.

12. Olivia Powar joined Skadden in 2017. Ms. Powar received her J.D. from UCLA School of Law in 2017. Her billing rate in 2017 was $415 per hour and in 2018 was $515 per hour.

13. Erica Sedler joined Skadden in 2011. Ms. Sedler received her J.D. from New York University School of Law in 2010. Her billing rate in 2018 was $995 per hour.

14. Doug Smith joined Skadden in 2012. Mr. Smith received his J.D. from the College of William & Mary in 2006, where he served as the Managing Editor of Law Review. Mr. Smith clerked for the Honorable Beverly B. Martin in the United States Court of Appeals for the Eleventh Circuit, the Honorable Richard L. Gabriel in the Colorado Court of Appeals, and the Honorable Monica M. Márquez in the Colorado Supreme Court. Mr. Smith has extensive experience litigating civil rights class actions and has received numerous awards for his *pro bono* service, including the California Young Lawyers Association's Jack Berman Award of Achievement. His billing rate in 2015 was $870 per hour, in 2016 was $920 per hour, in 2017 was $965 per hour, in 2018 was $995 per hour, and in 2019 was $1,050 per hour.

15. Catherine Thompson joined Skadden in 2016. Ms. Thompson received her J.D. from UCLA School of Law in 2016. Her billing rate in 2018 was $620 per hour.

16. In addition to the attorneys on the case, a number of Skadden staff worked on this matter, including legal assistants and law clerks. Skadden's support staff

3

DECLARATION OF ASHLEY PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

1 are responsible for creating, operating and managing electronic databases used for
2 documents, depositions, deposition exhibits and trial exhibits, as well as providing
3 support to attorneys in connection with filings, deposition or witness preparation,
4 and general case management. Skadden typically bills the time of staff to clients,
5 as do Skadden's peer law firms.

6     17. Shannon Cooper, a legal assistant and general litigation specialist, joined
7 Skadden in 2015 Her billing rate in 2016 was $365 per hour, in 2017 was $385 per
8 hour, in 2018 was $410, and in 2019 was $430 per hour.

9     18. Candice Spoon, an assistant managing law clerk, joined Skadden in 2016.
10 Her billing rate from 2016-2019 was $95 per hour.

11 **The Time Spent By Skadden In This Litigation**

12     19. Skadden does not charge fees to its *pro bono* clients, such as Plaintiffs in
13 this action. However, the majority of Skadden's clients are charged hourly rates,
14 and the rates set forth above represent the rates actually charged to Skadden's
15 paying clients. These are the rates at which my firm regularly bills for services
16 performed on behalf of firm clients. This rate is set by the firm's management.
17 Based upon my understanding of rates charged by other large private law firms in
18 Los Angeles and other major metropolitan areas, Skadden's hourly rates, including
19 the hourly rates of the attorneys and other staff persons involved in this matter, are
20 competitive with other firms of like size and experience in the Los Angeles area,
21 and reflect the market rate charged by attorneys of comparable experience,
22 expertise and reputation in this community.

23     20. In the exercise of billing judgment, any time spent by Skadden attorneys and
24 staff on this matter that were believed to be unproductive or duplicative were
25 reduced or eliminated hours. Further, the lodestar for attorneys from Skadden were
26 discounted by five percent.

27     21. The claimed time spent by Skadden attorneys and staff on this matter up to
28

December 2019, after the exercise of billing judgment, is set forth below, and detailed billing records are attached to the Kaufman Declaration at Exhibit A.

| Skadden Arps, Slate, Meagher & Flom LLP | | | | |
|---|---|---|---|---|
| Position | Name | Year | Hours | Total: |
| Attorney | **Matt Delgado** | 2015-2017 | 145.2 | $27,964.86 |
| Attorney | **Alexandra Farmer** | 2019 | 179.60 | $36,862.90 |
| Attorney | **Grayce Frink** | 2015-2016 | 325.1 | $34,570.25 |
| Attorney | **Devon Hein** | 2015-2017 | 384.2 | $74,693.63 |
| Attorney | **Michael Hidalgo** | 2015-2018 | 463.1 | $90,270.01 |
| Attorney | **John Korevec** | 2017-2018 | 380.1 | $76,005.27 |
| Attorney | **Alyssa Musante** | 2018-2019 | 238.7 | $48,725.63 |
| Attorney | **Ashley Phillips** | 2017-2019 | 259.8 | $52,506.58 |
| Attorney | **Oliva Powar** | 2017-2018 | 118 | $23,669.51 |
| Attorney | **Erica Sedler** | 2018 | 320.40 | $64,592.64 |
| Attorney | **Doug Smith** | 2015-2019 | 1269.7 | $254,461.42 |
| Attorney | **Catherine Thompson** | 2018 | 95.20 | $7,387.21 |
| Legal Assistant | **Shannon Cooper** | 2016-2019 | 371.5 | $75,761.56 |
| Legal Assistant | **Candace Spoon** | 2016-2019 | 300.3 | $60,597.35 |
| | | | Total Fees: | $939,969.11 |
| | | | Total Fees (5% reduction) | $899,788.60 |
| | | | Total Costs: | $100,127.41 |

**Costs Incurred By Skadden In Litigating This Action**

22. Skadden also incurred significant costs in litigating this matter. A true and correct breakdown of all the costs incurred by Skadden in this case is attached as Exhibit M. Skadden tracks costs incurred on a case by assigning a unique client

and matter number for every engagement.  All expenditures must have a client and a matter number before they can be approved for payment and the records of expenditures are maintained by the firm's accounting department.  This applies both to internal costs and third-party costs paid by Skadden, such as invoices from third-party vendors. If it is a reimbursement (such as travel costs), the attorney provides the receipt to our accounting department, along with the client and matter for which the cost was incurred.

23. Costs such as word processing/secretarial, facsimile and in-house reproduction reflect internal charges that Skadden customarily recovers from its clients. Like many large firms, Skadden does not treat these items as part of the firm's overhead, but recovers them from its clients.

24. Attached to the Kaufman Declaration at Exhibit M is the compensable costs incurred by Skadden in litigating this action.

25. In my opinion, the attorneys' fees and costs set forth above were reasonable and necessarily incurred given the nature of the case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on March 14, 2022.

                                                *s/ Ashley Phillips*
                                                Ashley Phillips
                                                *Counsel for Plaintiffs*