JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL HERNANDEZ, CESAR MATIAS, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, U.S. Attorney General, et al.,<br><br>Defendants. | Case No. 5:16-cv-00620-JGB (KKx)<br><br>*Honorable Jesus G. Bernal*<br><br><br>**JUDGMENT** |

The Court, upon reviewing and considering the joint motion for final approval of class action settlement of Plaintiffs Xochitl Hernandez and Cesar Matias ("Plaintiffs") and Defendants ("Approval Motion," Dkt. No. 368), as well as Plaintiffs' unopposed motion for attorneys' fees ("Fees Motion," Dkt. No. 367; and jointly, the "Motions"), the Court HEREBY ORDERS THAT judgment shall be and hereby is entered in the above-captioned action on the terms set forth in the Order Granting the Motions ("Final Order"), which are incorporated by this reference as though set forth in full.

IT IS HEREBY ORDERED that Plaintiffs' MOTIONS ARE **GRANTED** as follows:

1. Plaintiffs' Approval Motion is **GRANTED**.
2. The Court **GRANTS** final approval to the parties' settlement agreement (the "Agreement"). Under Federal Rule of Civil Procedure 23(a), the Court finds that the Agreement is fair, adequate, reasonable, and in the best interests of the

Class.

3. The terms and provisions of the Agreement are incorporated by reference into this Judgment. The parties shall perform their obligations pursuant to the terms of the Agreement and the Final Order.

4. The following class is certified under Federal Rules of Civil Procedure 23(a), 23(b)(1)(A), and 23(b)(1)(B), and 23(b)(2), for settlement purposes:
   a. Individuals who are or will be detained pursuant to 8 U.S.C. § 1226(a) on a bond set by an ICE officer or immigration judge in the Central District of California.

5. The form, manner, and content of the Class Notice meet the requirements of Federal Rule of Civil Procedure 23(c)(2).

6. The Court approves Xochitl Hernandez and Cesar Matias as Class Representatives of the Settlement Class.

7. The Court finds that the ACLU Foundation of Southern California; ACLU Immigrants' Rights Project; and Skadden, Arps, Slate, Meagher & Flom LLP (jointly, "Plaintiffs' Counsel") have fairly and adequately represented the interests of the Class and satisfied all the requirements of Federal Rule of Civil Procedure 23(g).

8. Plaintiffs' Fees Motion is **GRANTED**.

9. Plaintiffs' Counsel shall be paid $1,600,000.00 in attorneys' fees, in accordance with the Agreement.

10. Defendants shall submit Plaintiffs' request for $148,975.72 in costs to the Bureau of the Fiscal Service, in accordance with the Agreement.

11. The Court hereby enters the Protective Order governing production of data and documents under the Agreement that was submitted as Exhibit 4 to the Declaration of Michael Kaufman, filed with the parties' Joint Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 357-7).

12. In accordance with the Agreement, this action is hereby **DISMISSED WITH PREJUDICE**, and the Class is barred from future prosecution of the Settled Claims (as defined in the Agreement).

13. Without affecting the finality of the Final Order, this Court retains jurisdiction to supervise the implementation of the Agreement or to enforce its terms consistent with the Dispute Resolution provisions of the Agreement.

The Clerk is directed to enter this Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: March 28, 2022

_____
Honorable Jesus G. Bernal
United States District Judge